# FELONY COMPLAINT

D.D. No.: _____
Case Report No: WP-01565-06
Appearance Ticket: 108073
Arrest Number....: WP-00601-06
Defendant in Custody from: 13:15 December 15, 2006 to 14:45 December 15, 2006

Police Serial No: _____

Blotter/CC No.: WP-023515-06
Return Date...: 12/18/2006
Court Docket No.: _____

TOWN OF WARWICK JUSTICE COURT
132 KINGS HIGHWAY, WARWICK, NY 10990
THE PEOPLE OF THE STATE OF NEW YORK
against

JOHN J RUSZKIEWICZ   (70)
318 LIBERTY CORNERS RD
PINE ISLAND, NY 10969

D.O.B.:
(1)   03/14/1936

STATE OF NEW YORK ss
COUNTY OF ORANGE

PO BRIAN TURNER, Shield 33, being duly sworn, deposes and says that he is a member of the TOWN OF WARWICK POLICE DEPARTMENT, County of ORANGE, New York and that on the 15 day of December, 2006, at about 1:00PM at 0 WALLKILL NWR WARWICK in the County of ORANGE, New York.

JOHN J RUSZKIEWICZ

**OFFENSE**
ASSAULT 2
CLASS D
FELONY

THE DEFENDANT(S) DID VIOLATE SECTION 120.05 SUBDIVISION 3 OF THE PENAL LAW OF THE STATE OF NEW YORK, IN THAT AT THE TIME AND PLACE AFORESAID, THE SAID DEFENDANT(S) DID, WITH INTENT TO PREVENT A PEACE OFFICER, POLICE OFFICER PERFORMING A LAWFUL DUTY, DID CAUSE PHYSICAL INJURY TO SAID PEACE OFFICER, POLICE OFFICER, WIT; THAT SAID DEFENDANT AT AFORESAID TIME AND PLACE DID INTENTIONALLY PREVENT OFC. LORI LAUER, A POLICE OFFICER, FROM PERFORMING HER DUTIES, BY DRIVING AWAY FROM A VEHICLE STOP AT WHICH TIME OFC. LAUER HAD A HOLD OF DEFENDANT'S LEFT ARM WITH HER RIGHT HAND CAUSING HER ARM TO OVER EXTEND CAUSING PAIN AND LATER MEDICAL TREATMENT.

Supporting Deposition of OFC. LORI LAUER annexed hereto and made a part hereof.
This complaint is based on information and belief, the source being SUPPORTING EPOSITION FROM OFC. LORI LAUER
Any false statements made herein are punishable as a Class A Misdemeanor pursuant to Section 210.45 of the Penal Law.

**Prepared By**
PO B TURNER

Subscribed and sworn to before me
this 15 day of December, 2006

_____ #33

Dated

**ORIGINAL**
Stamped in blue