UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOHN J. RUSZKIEWICZ,

                              Plaintiff,

    -against-                                         VERIFICATION

LORI LAUER,

                              Defendant.
-------------------------------------------------------------X

State of New York    )
                            ) ss.:
County of Orange   )

      JOHN J. RUSZKIEWICZ, being duly sworn, deposes and says:

      That he the plaintiff herein; that he has read the foregoing complaint and knows the content thereof; that same is true to his own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters he believes them to be true.

                                                     _____
                                                     JOHN J. RUSZKIEWICZ

Sworn to before me this
8th day of November, 2007

_____
NOTARY PUBLIC