

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

86 Chambers Street, 3rd Floor
New York, New York 10007

December 27, 2007

BY FEDERAL EXPRESS

Hon. Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street, Room 275
White Plains, New York 10601

*Adj to 2/15/08, 9:15 AM*
*So Ordered*
*Jan 8, 2008*
*Charles L. Brieant*
*USDJ*

Re:   *Ruszkiewicz v. Lauer*, 07 Civ. 10287 (CLB) (MDF)

Dear Judge Brieant:

    This Office represents the defendant in the above-referenced *Bivens* action, which alleges a Fourth Amendment violation, as well as common law claims for false arrest and defamation. I write for two reasons.

    *First*, plaintiff has agreed to withdraw the common law claims. I have enclosed a stipulation to that effect, and respectfully request that the Court so-order it.

    *Second*, I write to seek an adjournment of the initial conference, which is presently scheduled for January 11th. The reason for this request is that Officer Lauer has not yet been served with the complaint. If we were to count from the date when this Office physically received a copy of the complaint, her answer would not be due until January 28, 2008. Moreover, we have only just received authorization from the Department of Justice to represent Officer Lauer, and have not yet had an opportunity to review the case sufficiently to formulate our answer. Plaintiff consents to this request.

Thank you for your consideration of these requests.

                              Respectfully,

                              MICHAEL J. GARCIA
                              United States Attorney

By:    _____
         MATTHEW L. SCHWARTZ
         Assistant United States Attorney
         Telephone: (212) 637-1945
         Facsimile: (212) 637-2750

cc:    <u>BY FACSIMILE</u>

Robert N. Isseks, Esq.
6 North Street
Middletown, New York 10940
Facsimile: (845) 341-1760

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOHN J. RUSZKIEWICZ,

                        Plaintiff,                    ECF CASE

       -against-                           STIPULATION

LORI LAUER,                                Docket No. 07 CIV 10287

                        Defendant.
------------------------------------------------------------X

      IT IS HEREBY STIPULATED by and between the parties to this action by their counsel that the New York State common law claims of false arrest and defamation set forth in plaintiff's Amended Complaint are hereby withdrawn with prejudice..

Dated: December    , 2007

                                                       MICHAEL J. GARCIA
                                                       UNITED STATES ATTORNEY

ROBERT N. ISSEKS, ESQ.            By: MATTHEW L. SCHWARTZ, ESQ.
Attorney for Plaintiff                      Attorney for Defendant
6 North Street                             United States Attorney's Office
Middletown, New York 10940        86 Chambers Street
(845) 344-4322                            New York, New York
                                         (212) 637-1945