**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd Floor
New York, New York 10007

February 4, 2008

BY FACSIMILE (914-390-4085)
The Honorable Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street, Room 275
White Plains, New York 10601-4150

Re:  Ruszkiewicz v. Lauer, 07 Civ. 10287 (CLB)

Dear Judge Brieant:

I represent the defendant in the above referenced Bivens action, in which an initial conference is currently scheduled for February 15, 2008. Because I have an all-day expert deposition scheduled on that date, for which the expert has pre-booked travel arrangements, I respectfully request an adjournment of the conference until February 22, 2008 or another date that is convenient for the Court. Opposing counsel consents to this request.

I thank the Court for its consideration.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
SERRIN TURNER
Assistant United States Attorney
Tel.: (212) 637-2701
Fax: (212) 637-2686

cc: Robert N. Isseks, Esq. (by facsimile: 845-341-1760)

[Handwritten memo endorsement: "Adj. to 3/2/08 2 to read. Feb. 14, 2008  Charles L. Brieant U.S.D.J."]